In the matter of the estate of DAVID J. CARNEY, deceased.

[Submitted April 21st, 1914.   Decided July 14th, 1914.]

Under Orphans Court act (*P. L. 1898 p. 724 § 27*), providing that administration on an intestate's estate must be granted to the next of kin, the court has no discretion but to grant the application of one who is next of kin to the intestate, unless personally disqualified, and the fact that the estate is insolvent, and that the applicant, a brother, lacks the necessary business qualifications to settle it in order to get the best financial results, and that many years before he had been intemperate, is insufficient to justify the appointment of another not of kin to the deceased. .

On appeal from the Somerset orphans court.

*Mr. William S. Angleman,* for the appellant.

*Mr. William A. Coddington,* for the respondent.

BACKES, VICE-ORDINARY.

David J. Carney died intestate, leaving a brother and a nephew and niece as his next of kin. The brother applied for letters of administration, which the probate court denied and granted them to Jacob Shurtz, a creditor of the estate. The brother appealed. It was represented to the court below, by counsel, that the estate was insolvent; that the appellant lacked the necessary business qualifications to settle the estate, in order to get the best financial results, and that years ago the appellant was of intemperate habits. These reasons cannot be successfully urged to override the statute, which directs that administration of an intestate must be granted to the next of kin. *Orphans Court act § 27; P. L. 1898, p. 724.* The court must obey the statute, unless the applicant is personally disqualified. *Donahay v. Hall, 45 N. J. Eq. 720; Sayre v. Sayre, 48 N. J. Eq. 267; Cramer v. Sharp, 49 N. J. Eq. 558; Degnan's Case, 75 N. J. Eq. 197.* The order appealed from will be reversed, with costs.

An administrator *pendente lite* was appointed in this case,

and an order was made directing him to sell at public or private sale the personal effects of the intestate, which consist of a newspaper and a printing plant. That he may not be hampered, it is suggested that the signing of an order of reversal be deferred for a reasonable length of time.